JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV 07-4430 DSF (JCx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| AIMAN NASSER MOHALLA, | |
| Defendant. | |

    IT IS ORDERED, ADJUDGED, AND DECREED THAT judgment is entered in favor of Plaintiff and against Defendant on Counts I and IV;

    IT IS FURTHER ORDERED THAT judgment is entered revoking and setting aside the naturalization of Defendant ordered by the Attorney General of the United States, admitting Defendant to United States citizenship, and canceling Certificate of Naturalization No. 23099796.

    IT IS FURTHER ORDERED THAT judgment is entered forever restraining and enjoining Defendant from claiming any rights, privileges, or advantages under any document that evidences United States citizenship obtained as a result of Defendant's March 27, 1997 naturalization.

    IT IS FURTHER ORDERED THAT judgment is entered requiring Defendant to surrender and deliver his Certificate of Naturalization, and any

copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), to the Attorney General immediately; and return any other indicia of United States citizenship, and any copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), including, but not limited to, United States passport, voter registration card, and other voting documents.

IT IS SO ORDERED.

Dated: 3/24/08

_____
Dale S. Fischer
United States District Judge

2